UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
KRONOZ INTERNACIONAL, INC.,

     Plaintiff,

-against-

AKITA FIBER GLASS S.A. de C.V.,

     Defendant.
-------------------------------------------------------X

07 CV
ECF CASE

**VERIFIED COMPLAINT**

  Plaintiff, Kronoz Internacional, Inc. (hereinafter referred to as "Plaintiff"), by and through its attorneys, Casey & Barnett, LLC, as and for its Verified Complaint against the Defendant, Akita Fiber Glass S.A. de C.V., (hereinafter referred to as "Defendant"), alleges, upon information and belief, as follows:

  1.  This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and 28 United States Code § 1333.

  2.  At all times material to this action, Plaintiff, was, and still is, a foreign corporation duly organized and operating under the laws of Mexico, with an office and place of business located at Calle 18 No. 303 por 9, Fracc. Residencial Camara de Comercio Norte 97133 Merida, Yucatan, Mexico, and is engaged in the business of freight forwarding.

  3.  Upon information and belief, Defendant, was and still is a foreign business entity, organized and existing pursuant to the laws of Mexico with an office and place of business located at Lima No. 2305 Col. Industrial, Monterrey, N.L. C.P. 64440, R.F.C. AFG-960315-PJ7 and is manufacturer and exporter of glass products for commercial sale.

## RELEVANT FACTS

4. Defendant, Akita Fiber Glass S.A. de C.V., engaged the services of plaintiff, Kronoz Internacional, to provide ocean transportation of numerous shipments of glass products from Mexico to various foreign ports, including Miami, Florida, Pensacola, Florida Oranjestad, Aruba, and Kingston, Jamaica, among others.

5. The various shipments of cargo were received into the care and custody of plaintiff and/or its agents at the aforementioned port of departure and duly transported to their intended ports of destination.

6. Thereafter, plaintiff dispatched invoices to the defendant, demanding payment of shipping freight owed for the transportation services provided. (Attached hereto as Exhibit 1 are copies of invoices sent to defendant.)

7. Despite repeated demands, defendant failed to pay shipping freight that was, and remains, due and owing and has, thereby, caused plaintiff to sustain damages in the total amount of $21,745.00

8. By virtue of the foregoing, defendant has breached the contracts of carriage to which it voluntarily entered.

9. The Defendant cannot be found within this District within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, but, upon information and belief, Defendant has, or will have during the pendency of this action, assets within this District subject to the jurisdiction of this Court, held in the hands of garnishees including, but not limited to *ABN Amro, American Express Bank, Bank of America, Bank of New York, Citibank, Deutsche Bank A.G., HSBC Bank USA, J.P. Morgan Chase, Standard Chartered Bank,* and/or *Wachovia Bank N.A.*, which are believed to be due and owing to the Defendant.

10. The Plaintiff seeks an Order from this Court directing the Clerk of the Court to issue Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for certain Admiralty and Maritime claims, attaching *inter alia*, any assets of the defendant held by the aforesaid garnishees for the purpose of obtaining personal jurisdiction over the Defendant and to secure Plaintiff's claim as described above.

**WHEREFORE,** Plaintiff prays:

A. That process in due form of law issue against Defendant, citing it to appear and answer under oath all and singular matters alleged in the Complaint;

B. That since the defendant cannot be found within this District pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, this Court issue an Order directing the Clerk of the Court to issue Process of Maritime Attachment and garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, attaching all goods, chattels, credits, letters of credit, bills of lading, effects, debts and monies, tangible or intangible, or any other funds held by any garnishee including, but not limited to, *ABN Amro, American Express Bank, Bank of America, Bank of New York, Citibank, Deutsche Bank A.G., HSBC Bank USA, J.P. Morgan Chase, Standard Chartered Bank,* and/or *Wachovia Bank N.A.*, which are due and owing to the Defendant, in the amount of $21,745.00 calculated to date to secure the plaintiff's claims, and that all persons claiming any interest in the same be cited to appear and pursuant to Supplemental Admiralty Rule B answer the matters alleged in the Complaint;

C. An Order recognizing and enforcing any final judgment rendered by a Mexican Court in Plaintiff's favor for the monies owed and the claims herein;

      D.      That this Court retain jurisdiction over this matter through the entry of any judgment or award associated with any of the claims currently pending, or which may be initiated in the future, including any appeals thereof; and

      E.      That Plaintiff has such other and further relief as the Court may deem just and proper.

Dated: New York, New York
      September 6, 2007
      283-08

                                    The Plaintiff,
                                    Kronoz Internacional, Inc.

                        By: _____
                                  Christopher M. Schierloh (CS-6644)
                                  CASEY & BARNETT, LLC
                                  317 Madison Avenue, 21st Floor
                                  New York, New York 10017
                                  Tel: 212-286-0225
                                  Fax: 212-286-0261
                                  cms@caseybarnett.com

## ATTORNEY'S VERIFICATION

State of New York   )
                    )   ss:
County of New York  )

1. My name is Christopher M. Schierloh.

2. I am over 18 years of age, of sound mind, capable of making this Verification, and fully competent to testify to all matters stated herein.

3. I am an attorney in the firm of Casey & Barnett, LLC, as attorneys for the Plaintiff.

4. I have read the foregoing *Verified Complaint* and know the contents thereof and believe the same to be true and accurate to the best of my knowledge, information and belief.

5. The reason why this Verification is being made by the deponent and not by the Plaintiff is that the Plaintiff is a business organization with no officers or directors now within this District.

6. The source of my knowledge and the grounds for my belief are the statements made and the documents, and information, received from the Plaintiff and agents and/or representatives of the Plaintiff.

Dated: New York, New York
       September 6, 2007

                                                _____
                                                Christopher M. Schierloh

# Exhibit 1

**KRONOZ INTERNACIONAL**

2006-2058

FAC 00008395

| EMBARCADOR: / SHIPPER: | FECHA: / DATE: 02/02/2006 |
|---|---|
| AKITA FIBER GLASS S.A. DE C.V.<br>LIMA NO. 2305 COL. INDUSTRIAL<br>MONTERREY, N.L.<br>R.F.C. AFG-960315-PJ7 | REF.:<br>Posición : EM02-0109-2006/01<br>FACTURADO A: / INVOICE TO: |
| CONSIGNATARIO: / CONSIGNEE:<br>POINCIANA RESORTS LTD/<br>KOOL RUNNINGSWATER PARK NEGRIL, JAMAICA C/O GORDONS<br>JAMAICA, WEST INDIES | AKITA FIBER GLASS S.A. DE C.V.<br>LIMA NO. 2305 COL. INDUSTRIAL<br>MONTERREY, N.L.<br>R.F.C. AFG-960315-PJ7 |

| ETD: / ETA: | FLETE: / FREIGHT TERMS: |
|---|---|
| 01/02/2006 | MARITIMO |

| NAVIERA: / SSCO: | BUQUE: / VSL: / VUELO: / FLT: | B/L: / MAWB: | FBL: / HAWB: |
|---|---|---|---|
| HAPAG LLOYD | PANAVERA/ | | ----- |

| FACT. COMERCIAL: / COMERCIAL INV.: | ORIGEN: / ORIGIN: | ADUANA: / CUSTOM HOUSE: | DESTINO: / DESTINATION: |
|---|---|---|---|
| | TAMPICO | | KINGSTON |

| CORRESPONSAL: / AGENT: | FACT. CORR.: / FREIGHT INVOICE: | FLETE TERR.: / INLAND FREIGHT: | PEDIMENTO: |

| MARCAS Y Nos.: / MARKS:<br>GATU8020506 | BULTOS: / PCS: | CONTENIDO: / CONTENT: | PESO BRUTO: / GROSS WEIGHT: | VOLUMEN: / VOLUME: |

ESTADIAS EN PUERTO        USD    1,080.00
INLAND FREIGHT            USD      700.00

**LIQUIDADO**

Tampico - Mty
vacio cargo
1er pago  01-febrero-06  $ 1,080
transf w6
✓ 40602020  1P 1470

Return 700

PARCIAL    USD    1,780.00
I.V.A.     USD        0.00
TOTAL      USD    1,780.00

SERVICIOS PRESTADOS EN EL EXTRANJERO
(ONE THOUSAND SEVEN HUNDRED EIGHTY 00 DOLLARS WITH 00/100)

411 South 12th Street, Suite-53 Mc Allen, Tx.

**KRONOZ INTERNACIONAL**

FAC 00007952

2005-1127

| EMBARCADOR / SHIPPER: | FECHA / DATE: 24/11/2005 |
|---|---|
| AKITA FIBER GLASS S.A. DE C.V.<br>LIMA NO. 2305 COL. INDUSTRIAL<br>MONTERREY, N.L.<br>R.F.C. AFG-960315-PJ7 | REF.:<br>Posición: EM10-1040-2005/01 |
| | FACTURADO A / INVOICE TO: |
| CONSIGNATARIO / CONSIGNEE: | AKITA FIBER GLASS S.A. DE C.V.<br>LIMA NO. 2305 COL. INDUSTRIAL<br>MONTERREY, N.L.<br>R.F.C. AFG-960315-PJ7 |
| IMPACT HOLDING NV<br>ROOL TAKI 14-B<br>SAVANETA | |
| | ETD / ETA: 13/11/2006 | FLETE / FREIGHT TERMS: MARITIMO |

| NAVIERA / SSCO: | BUQUE / VSL / VUELO / FLT: | B/L / MAWB: | FBL / HAWB: |
|---|---|---|---|
| COMPAÑIA SUDAMERICAN | NESTER KADE/39N | VNA000569 | |

| FACT. COMERCIAL / COMERCIAL INV.: | ORIGEN / ORIGIN: | ADUANA / CUSTOM HOUSE: | DESTINO / DESTINATION: |
|---|---|---|---|
| | TAMPICO | | ORANGESTAD |

| CORRESPONSAL / AGENT: | FACT. CORR. / FREIGHT INVOICE: | FLETE TERR. / INLAND FREIGHT: | PEDIMENTO: |
|---|---|---|---|
| | | | |

| MARCAS Y Nos. / MARKS: | BULTOS / PCS: | CONTENIDO / CONTENT: | PESO BRUTO / GROSS WEIGHT: | VOLUMEN / VOLUME: |
|---|---|---|---|---|
| FSCU9190960 | | FIBRA DE VIDRIO | | |

| OCEAN FREIGHT | | USD | 4,720.00 |
|---|---|---|---|
| | PARCIAL | USD | 4,720.00 |
| | I.V.A. | USD | 0.00 |
| | TOTAL | USD | 4,720.00 |

28-NOV

SERVICIOS PRESTADOS
FOUR THOUSAND SEVEN HUNDRED TWENTY US DOLLARS WITH 00/100

411 South 12th Street, Suite-53 McAllen, Tx.



**KRONOZ**

FACT 00006645

| EMBARCADOR / SHIPPER: | FECHA / DATE: |
|---|---|
| AKITA FIBER GLASS S.A. DE C.V.<br>LIMA NO. 2305 COL. INDUSTRIAL<br>MONTERREY, N.L. C.P.64440 | 10/03/2005 |
| | REF.: Posición: ET12-0023-2004/01 |

| | FACTURADO A / INVOICE TO: |
|---|---|
| CONSIGNATARIO / CONSIGNEE:<br>RICHARD SANFILIPO<br>SAMS FUN CITY, 6709 PENSACOLA BLVD<br>PANSACOLA<br>32505 | AKITA FIBER GLASS S.A. DE C.V.<br>LIMA NO. 2305 COL. INDUSTRIAL<br>MONTERREY, N.L. C.P.64440<br>R.F.C. AFG-960315-PJ7 |

| | | ETD / ETA: | FLETE / FREIGHT TERMS: |
|---|---|---|---|
| | | 22/12/2004 | TERRESTRE |
| NAVIERA / SSCO:<br>UNITED CARRIERS | BUQUE / VSL / VIJE / FLT: | B/L / AWB: | BL / AWB: |
| FACT. COMERCIAL / COMMERCIAL INV.: | ORIGEN / ORIGIN:<br>MONTERREY, MEX. | ADUANA / CUSTOM HOUSE: | DESTINO / DESTINATION:<br>PENSACOLA |
| CORRESPONSAL / AGENT: | FACT. CORR. / FREIGHT INVOICE: | FLETE TERR. / INLAND FREIGHT: | PEDIMENTO: |

| MARCAS Y Nos. / MARKS | BULTOS / PCS | CONTENIDO / CONTENT | PESO BRUTO<br>GROSS WEIGHT | VOLUMEN<br>VOLUME |
|---|---|---|---|---|
| 2X48 | | FIBRA DE VIDRIO | KGS. | M3 |

DEMORA                                                                                                      USD $ 1,100.00

PARCIAL   USD $ 1,100.00
I.V.A.    USD $     0.00
TOTAL     USD $ 1,100.00

SERVICIOS PRESTADOS EN EL EXTRANJERO
(ONE THOUSABD HUNDRED US DOLLARS WITH 00/100)

417 South 12th Street, Suite 53 Mc Allen, TX

**KRONOZ**

FACT 00095229

| SHIPPER | DATE |
|---|---|
| AKITA FIBER GLASS S.A. DE C.V.<br>LIMA NO. 2305 COL. INDUSTRIAL<br>MONTERREY, N.L. C.P.64440 | 07/06/2004 |
| | REF Posición: 04ET-0276MTY |

| CONSIGNEE | INVOICE TO |
|---|---|
| AQUAZUL<br>16235 SW 177 AVE-SUITE 14<br>MIAMI, FLORIDA<br>001 305 9 | AKITA FIBER GLASS S.A. DE C.V.<br>LIMA NO. 2305 COL. INDUSTRIAL<br>MONTERREY, N.L. C.P.64440<br>R.F.C. AFG-960315-PJ7 |

| ETD / ETA | FREIGHT TERMS |
|---|---|
| 05/09/2004 + 06/03/2004 | COLLECT/EXW |

| NAVIERA | BUQUE / VSL | B/L | FBL / HAWB |
|---|---|---|---|
| | CARGA SUELTA | | |

| FACT. COMERCIAL | ORIGEN | ADUANA / CUSTOM HOUSE | DESTINO / DESTINATION |
|---|---|---|---|
| | | YELLOW | MIAMI, FL, E.U.A. |

| CORRESPONSAL / AGENT | FACT. CORR / FREIGHT INVOICE | FLETE / INLAND FREIGHT | PEDIMENTO |
|---|---|---|---|

| MARCAS / MARKS | BULTOS / PCS | CONTENIDO / CONTENT | PESO BRUTO / GROSS WEIGHT | VOLUMEN / VOLUME |
|---|---|---|---|---|
| | | FIBRA DE VIDRIO | KGS. | M3 |

INLAND FREIGHT                                                USD $ 985.00

PARCIAL       USD $ 985.00
I.V.A.        USD $   0.00
TOTAL         USD $ 985.00

SERVICIOS PRESTADOS EN EL EXTRANJERO
(NINE HUNDRED EIGHTY FIVE U.S. DOLLARS WITH 00/100)

411 South 12th Street, Suite - 53 Mc Allen, Tx.

# KRONOZ
Internacional

FACT 00005296

| EMBARCADOR / SHIPPER: | FECHA / DATE: |
|---|---|
| AKITA FIBER GLASS S.A. DE C.V.<br>LIMA NO. 2305 COL. INDUSTRIAL<br>MONTERREY, N.L. C.P. 64440 | 28/06/2004<br>REF:<br>Posición: 04ET-0276MTY |

| | FACTURADO A / INVOICE TO: |
|---|---|
| CONSIGNATARIO / CONSIGNED:<br>AQUAZUL<br>16235 SW 177 AVE-SUITE 14<br>MIAMI, FLORIDA<br>001 305 9 | AKITA FIBER GLASS S.A. DE C.V.<br>LIMA NO. 2305 COL. INDUSTRIAL<br>MONTERREY, N.L. C.P. 64440<br>R.F.C. AFG-960315-PJ7 |

| | | FTO / FTD: | RETE / FRECHT TERMS: |
|---|---|---|---|
| | | 05/09/2004 + 08/03/2004 | COLLECT/EXW |

| NAVIERA / SSCO. | BUQUE / VSL/VUELO/F.E.<br>CARGA SUELTA | B/L / MAWB: | TBL / HAWB: |
|---|---|---|---|

| FACT. COMERCIAL / COMMERCIAL INV: | ORIGEN / ORIGIN: | ADUANA / CUSTOM HOUSE:<br>YELLOW | DESTINO / DESTINATION:<br>MIAMI, FL., E.U.A. |
|---|---|---|---|

| CORRESPONSAL / AGENT: | FACT. CORR. / FREIGHT INVOICE: | FLETE TERR. / INLAND FREIGHT: | PEDIMENTO: |
|---|---|---|---|

| MARCAS Y Nos. / MARKS: | BULTOS / PCS: | CONTENIDO / CONTENT<br>FIBRA DE VIDRIO | PESO BRUTO:<br>GROSS WEIGHT:<br>KGS. | VOLUMEN:<br>VOLUME:<br>M3 |
|---|---|---|---|---|

VARIOS COMI. A.A AMERICANO                                    USD $ 110.00

PARCIAL    USD $ 110.00
I.V.A.     USD $   0.00
TOTAL      USD $ 110.00

SERVICIOS PRESTADOS EN EL EXTRANJERO
(ONE HUNDRED TEN U.S. DOLLARS WITH 00/100)

411 South 12th Street, Suite 53 Mc Allen, Tx



# KRONOZ
Internacional

FACT 00006795

| EMBARCADOR / SHIPPER: | FECHA / DATE: |
|---|---|
| AKITA FIBER GLASS S.A. DE C.V.<br>LIMA NO. 2305 COL. INDUSTRIAL<br>MONTERREY, N.L. C.P. 64440 | 19/10/2004 |
| | REF:<br>Posición: 04ET-0322MTY |
| | FACTURADO A / INVOICE TO: |
| CONSIGNATARIO / CONSIGNEE: | AKITA FIBER GLASS S.A. DE C.V.<br>LIMA NO. 2305 COL. INDUSTRIAL<br>MONTERREY, N.L. C.P. 64440<br>R.F.C. AFG-960315-PJ7 |
| AQUAZUL<br>16235 SW 177 AVE-SUITE 14<br>MIAMI, FLORIDA<br>001 305 9 | |
| | FDE / FA: 09/30/2004 - 10/18/2004 | FLTE / FREIGHT TERMS: PRE-PAID/EXW |
| NAVIERA / SSCO: | BUQUE / VSL / VUD.O / FT: CARGA SUELTA | B/L / MAWB: | FBL / HAWB: |
| FACT. COMERCIAL / COMMERCIAL INV: 4669 | ORIGEN / ORIGIN: MONTERREY, MEX. | ADUANA / CUSTOM HOUSE: YELLOW | DESTINO / DESTINATION: MIAMI, FL, E.U.A. |
| CORRESPONSAL / AGENT | FACT. CORR. / FREIGHT INVOICE | FLETE TERR. / INLAND FREIGHT | COMENTO: |

| MARCAS Y No. / MARKS: | BULTOS / PCS: | CONTENIDO / CONTENT | PESO BRUTO / GROSS WEIGHT | VOLUMEN / VOLUME: |
|---|---|---|---|---|
| | 1X48 | 1 WATER SLIDE | KGS. | M3 |

FLETE TERRESTRE                                                                   USD $ 985.00


PARCIAL    USD $ 985.00
I.V.A.     USD $   0.00
TOTAL      USD $ 985.00

SERVICIOS PRESTADOS EN EL EXTRANJERO
(NINE HUNDRED EIGHTY FIVE U.S. DOLLARS WITH 00/100)

411 South 12th Street, Suite 53 Mc Allen, Tx.

**KRONOZ**
[International]

FACT 00005858

| EMBARCADOR / SHIPPER: | FECHA / DATE: 08/11/2004 |
|---|---|
| AKITA FIBER GLASS S.A. DE C.V.<br>LIMA NO. 2305 COL. INDUSTRIAL<br>MONTERREY, N.L. C.P. 64440 | REF: Posición: 04ET-0328MTY |

| | FACTURADO A / INVOICE TO: |
|---|---|
| | AKITA FIBER GLASS S.A. DE C.V.<br>LIMA NO. 2305 COL. INDUSTRIAL<br>MONTERREY, N.L. C.P. 64440<br>R.F.C. AFG-960315-PJ7 |

| CONSIGNATARIO / CONSIGNEE: | | |
|---|---|---|
| FAMILY FUN<br>3730 BECK AVENUE<br>LOUISVILLE OHIO<br>44641   330 875 1 | ETD / ETA:<br>10/28/2004 + 10/29/2004 | FLETE / FRT TERMS:<br>COLLECT/EXW |

| NAVIERA / SSCO: | BUQUE / VSL / VUELO / FLT:<br>CAJA DE 48' | B/L / MAWB: | FBL / HAWB: |
|---|---|---|---|
| FACT. COMERCIAL / COMERCIAL INV.<br>4691 | ORIGEN / ORIGIN:<br>MONTERREY, MEX. | ADUANA / CUSTOM HOUSE | DESTINO / DESTINATION<br>OHIO, E.U.A. |
| CORRESPONSAL / AGENT | FACT. CORR. / TRUCK INVOICE | FLETE TERR. / INLAND FREIGHT:<br>UNITED CARRIERS | PEDIMENTO: |

| MARCAS Y Nos. / MARKS | BULTOS / PCS: | CONTENIDO / CONTENT | PESO BRUTO<br>GROSS WEIGHT | VOLUMEN<br>VOLUME |
|---|---|---|---|---|
| | 1X48 | 1 LOT OF 38 PIECES OF FIBER GLASS<br>9 HONGOS CON SU BASE Y TUBO<br>4 RESBALADEROS MULTIPLES | KGS. | M3 |

INLAND FREIGHT                                  USD $ 2,820.00
CUSTOM CLEARANCE CHARGES         USD $   230.00
BORDER CROSSING                            USD $   100.00

                                                         PARCIAL    USD $ 3,150.00
                                                         I.V.A.        USD $        0.00
                                                         TOTAL      USD $ 3,150.00

SERVICIOS PRESTADOS EN EL EXTRANJERO
(THREE THOUSAND ONE HUNDRED FIFTY US DOLLARS WITH 00/100)

411 South 12th Street, Suite 53 McAllen, Tx.



**KRONOZ**
Internacional

FACT 00006568

| EMBARCADOR / SHIPPER: | FECHA / DATE: 25/02/2005 |
|---|---|
| AKITA FIBER GLASS S.A. DE C.V. LIMA NO. 2305 COL. INDUSTRIAL MONTERREY, N.L. C.P. 64440 | Posición: ET01-0002-2005/01 |
| | FACTURADO A: / INVOICE TO: AKITA FIBER GLASS S.A. DE C.V. LIMA NO. 2305 COL. INDUSTRIAL MONTERREY, N.L. C.P. 64440 R.F.C. AFG-960315-PJ7 |
| CONSIGNATARIO / CONSIGNEE: MERCADEO INMOBILIARIO S.A. 12 CALLE 1-25 ZONA 10, 1412 SUR GUATEMALA, CENTROAMERICA 166960-1 | |
| | ETD / ETA: 01/11/2005 | FLETE / FREIGHT TERMS: TERRESTRE |
| NAVIERA / SSCO: MARTIN BALDEMAR TAME | BUQUE / VSL / VUELO / FLT: | B/L / MAWB: 2005-01 | FIN / HAWB: |
| FACT COMERCIAL / COMERCIAL INV: | ORIGEN / ORIGIN: MONTERREY, MEX. | ADUANA / CUSTOM HOUSE: | DESTINO / DESTINATION: GUATEMALA |
| CORRESPONSAL / AGENT: LIDER FREIGHT, S.A. | FACT COMER / FREIGHT INVOICE: | FLETE TERR / INLAND FREIGHT: | PEDIMENTO: |
| MARCAS Y Nos. / MARKS: | BULTOS / PCS: | CONTENIDO / CONTENT: FIBRA DE VIDRIO | PESO BRUTO GROSS WEIGHT KGS. | VOLUMEN VOLUME M3 |

INLAND FREIGHT                                                USD $ 2,400.00




                                              PARCIAL    USD $ 2,400.00
                                              I.V.A.     USD $     0.00
                                              TOTAL      USD $ 2,400.00

SERVICIOS PRESTADOS EN EL EXTRANJERO
(TWO THOUSAND FOUR HUNDRED US DOLLARS WITH 00/100)

Case 1:07-cv-07869-SHS    Document 1    Filed 09/06/2007    Page 15 of 17



**KRONOZ** Internacional

FACT. 00006569

| EMBARCADOR / SHIPPER: | FECHA / DATE: |
|---|---|
| AKITA FIBER GLASS S.A. DE C.V.<br>LIMA NO. 2305 COL. INDUSTRIAL<br>MONTERREY, N.L. C.P. 64440 | 25/02/2005 |
| | REF:<br>Posición: ET01-0002-2005/01 |

| | FACTURADO A / INVOICE TO: |
|---|---|
| CONSIGNATARIO / CONSIGNEE: | AKITA FIBER GLASS S.A. DE C.V.<br>LIMA NO. 2305 COL. INDUSTRIAL<br>MONTERREY, N.L. C.P. 64440<br>R.F.C. AFG-960315-PJ7 |
| MERCADEO INMOBILIARIO S.A.<br>12 CALLE 1-25 ZONA 10, 1412 SUR<br>GUATEMALA, CENTROAMERICA<br>186960-1 | |

| ETD / ETA: | RUTA / FREIGHT TERMS: |
|---|---|
| 01/11/2005 | TERRESTRE |

| NAVIERA / SSCO: | BUQUE / VSL / VUELO / FLT: | B/L / MAWB: | F&L / HAWB: |
|---|---|---|---|
| MARTIN BALDEMAR TAME | | 2005-01 | |

| FACT. COMERCIAL / COMMERCIAL INV: | ORIGEN / ORIGIN | ADUANA / CUSTOM HOUSE: | DESTINO / DESTINATION: |
|---|---|---|---|
| | MONTERREY, MEX. | | GUATEMALA |

| CORRESPONSAL / AGENT: | FACT. CORR / FOREIGN INVOICE: | FLETE IRRE / INLAND FREIGHT: | PEDIMENTO: |
|---|---|---|---|
| LIDER FREIGHT, S.A. | | | |

| MARCAS Y Nos. / MARKS | BULTOS / PCS. | CONTENIDO / CONTENT | PESO BRUTO / GROSS WEIGHT | VOLUMEN / VOLUME |
|---|---|---|---|---|
| | | FIBRA DE VIDRIO | KGS. | M3 |

DEMORA                                                            USD $  450.00

PARCIAL   USD $  450.00
I.V.A.    USD $    0.00
TOTAL     USD $  450.00

SERVICIOS PRESTADOS EN EL EXTRANJERO
(FOUR HUNDRED FIFTY US DOLLARS WITH 00/100)

411 South 12th Street, Suite 53 Mc Allen, Tx.

# KRONOZ INTERNACIONAL

FAC 00007899

2005-1128

| EMBARCADOR: / SHIPPER: | FECHA: / DATE: 17/11/2005 | | |
|---|---|---|---|
| AKITA FIBER GLASS S.A. DE C.V.<br>LIMA NO. 2305 COL. INDUSTRIAL<br>MONTERREY, N.L.<br>R.F.C. AFG-960315-PJ7 | REF: Posicion : EM10-0924-2005/01 | | |
| | FACTURADO A: / INVOICE TO: | | |
| CONSIGNATARIO: / CONSIGNEE: | AKITA FIBER GLASS S.A. DE C.V.<br>LIMA NO. 2305 COL. INDUSTRIAL<br>MONTERREY, N.L.<br>R.F.C. AFG-960315-PJ7 | | |
| IMPACT HOLDING NV<br>ROOI TAKI 14-B<br>SAVANETA | | | |
| | ETD: / ETA: 13/11/2005 | FLETE: / FREIGHT TERMS: MARITIMO | |
| NAVIERA: / SSCO: COMPANIA SUDAMERICAN | BUQUE: / VSL: / VUELO: / FLT: WESTER KADE/39N | B/L: / MAWB: VNA000486 | FBL: / HAWB: ----- |
| FACT. COMERCIAL: / COMERCIAL INV.: | ORIGEN: / ORIGIN: TAMPICO | ADUANA: / CUSTOM HOUSE: | DESTINO: / DESTINATION: ORANGESTAD |
| CORRESPONSAL: / AGENT: | FACT. CORR.: / FREIGHT INVOICE: | FLETE TERR: / INLAND FREIGHT: | PEDIMENTO: |
| MARCAS Y Nos.: / MARKS TCKU9968848 | BULTOS: / PCS: | CONTENIDO: / CONTENT: FIBRA DE VIDRIO | PESO BRUTO: / GROSS WEIGHT: | VOLUMEN: / VOLUME: |

| | | |
|---|---|---|
| OCEAN FREIGHT | USD | 4,720.00 |
| | | |
| | PARCIAL USD | 4,720.00 |
| | I.V.A. USD | 0.00 |
| | TOTAL USD | 4,720.00 |

SERVICIOS PRESTADOS EN... 
(FOUR THOUSAND SEVEN HUNDRED TWENTY US DOLLARS WITH 00/100)

411 South 12th Street, Suite-53 Mc Allen, Tx.

**KRONOZ INTERNACIONAL**

FAC 00007951

2005 - 1151

| EMBARCADOR / SHIPPER: | FECHA / DATE: 24/11/2005 |
|---|---|
| AKITA FIBER GLASS S.A. DE C.V.<br>LIMA NO. 2305 COL. INDUSTRIAL<br>MONTERREY, N.L.<br>R.F.C. AFG-960315-PJ7 | REF.:<br>Posición : EMI1-1050-2005/01<br>FACTURADO A / INVOICE TO: |
| CONSIGNATARIO / CONSIGNEE: | |
| IMPACT HOLDING NV<br>KOOL TAKI 14-B<br>SAVANETA | AKITA FIBER GLASS S.A. DE C.V.<br>LIMA NO. 2305 COL. INDUSTRIAL<br>MONTERREY, N.L.<br>R.F.C. AFG-960315-PJ7 |

| ETD / ETA: 13/11/2005 | FLETE / FREIGHT TERMS: MARITIMO |
|---|---|

| NAVIERA / SSCO: | BUQUE / VSL / VUELO / FLT: | B/L / MAWB: | FBL / HAWB: |
|---|---|---|---|
| COMPAÑIA SUDAMERICAN | WESTER KADE / 39N | VNA000586 | |

| FACT. COMERCIAL / COMERCIAL INV.: | ORIGEN / ORIGIN: TAMPICO | ADUANA / CUSTOM HOUSE: | DESTINO / DESTINATION: ORANGESTAD |
|---|---|---|---|

| CORRESPONSAL / AGENT: | FACT. CORR. / FREIGHT INVOICE: | FLETE TERR. / INLAND FREIGHT: | PEDIMENTO: |
|---|---|---|---|

| MARCAS Y Nos. / MARKS: | BULTOS / PCS: | CONTENIDO / CONTENT: | PESO BRUTO / GROSS WEIGHT: | VOLUMEN / VOLUME: |
|---|---|---|---|---|
| LDU7141866 | | FIBRA DE VIDRIO | | |

| OCEAN FREIGHT | 28 Nov. | USD | 4,720.00 |
|---|---|---|---|
| | PARCIAL | USD | 4,720.00 |
| | I.V.A. | USD | 0.00 |
| | TOTAL | USD | 4,720.00 |

SERVICIOS PRESTADOS EN ...
(FOUR THOUSAND SEVEN HUNDRED TWENTY DOLLARS WITH 00/100)

411 South 12th Street, Suite-53 Mc Allen, Tx.