UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
KRONOZ INTERNACIONAL, INC.,

                Plaintiff,

-against-

AKITA FIBER GLASS S.A. de C.V.,

                Defendant.
-------------------------------------------------------X

07 CV
ECF CASE

**FRCP RULE 7.1
DISCLOSURE STATEMENT**

NOW comes plaintiff KRONOZ INTERNACIONAL, INC. and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1.

KRONOZ INTERNACIONAL, INC. is not a publicly traded company.

Dated: New York, New York
       September 6, 2007
       283-08

                              CASEY & BARNETT, LLC
                              Attorneys for Plaintiff

            By: _____
                              Christopher M. Schierloh (CS-6644)
                              317 Madison Avenue, 21st Floor
                              New York, New York 10017
                              212-286-0225