UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
KRONOZ INTERNACIONAL, INC,

           Plaintiff,        Case No. 07 CV 7869 (SHS)

    - against -

                        **AFFIDAVIT OF SERVICE**

AKITA FIBER GLASS S.A. de C.V.,

           Defendants.
- - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK  } ss.:
COUNTY OF NEW YORK }

       IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 2:50 p.m. on September 12, 2007, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Kronoz Internacional, Inc., upon a Ms. Patricia Mclveen, who is a Senior Paralegal for ABN-AMRO Bank, at the following address:

        ABN-AMRO Bank
        55 East 52nd Street-10th Fl
        New York, NY 10055

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Mclveen, who said she was authorize to accept Service on behalf of ABN-AMRO Bank., regarding Kronoz Internacional, Inc.. Ms. Mclveen, is a black female , he has brown eyes with glasses and black & grayish hair . She is approximately 5 feet 10 inches tall and approximately weighs 160 pounds. Ms. Mclveen is approximately 48 years of age.

                                     _____
                                     IDRIS MAHMOUD
                                     LIC# 1151131

Sworn to before me this
14th day of September, 2007

_____
NOTARY PUBLIC

CHRISTOPHER M. SCHIERLOH
Notary Public, State of New York
No. 02SC6152972
Qualified in Nassau County
Commission Expires Sept. 25, 20__