UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
KRONOZ INTERNACIONAL, INC,

                Plaintiff,        Case No. 07 CV 7869 (SHS)

- against -

                                **AFFIDAVIT OF SERVICE**

AKITA FIBER GLASS S.A. de C.V.,

                Defendants.
- - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK   }
                          } ss.:
COUNTY OF NEW YORK }

       IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 2:20 p.m. on September 12, 2007, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Kronoz Internacional, Inc., upon a Mr. Nicholas Melendez, who is Manger for Wachovia, at the following address:

        Wachovia
        360 Madison Avenue
        New York, NY 10017

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Mr. Melendez, who said he was authorize to accept Service on behalf of Wachovia., regarding Kronoz Internacional, Inc.. Mr. Melendez is a male of Spanish decent, he has brown eyes and short brown hair. He is approximately 5 feet 11 inches tall and approximately weighs 200 pounds. Mr. Melendez is approximately 30 years of age.

                                                            IDRIS MAHMOUD
                                                            LIC# 1151131

Sworn to before me this
14th day of September, 2007

_____
NOTARY PUBLIC

                                        CHRISTOPHER M. SCHIERLOH
                                        Notary Public, State of New York
                                              No. 02SC6152972
                                          Qualified in Nassau County
                                      Commission Expires Sept. 25, 20 __