UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
KRONOZ INTERNACIONAL, INC,

      Plaintiff,   Case No. 07 CV 7869 (SHS)

  - against -

          **AFFIDAVIT OF SERVICE**

AKITA FIBER GLASS S.A. de C.V.,

      Defendants.
- - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK }
         } ss.:
COUNTY OF NEW YORK }

  IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 2:30 p.m. on September 12, 2007, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Kronoz Internacional, Inc., upon a Ms. Sherly A. Grullon, who is a Premier Customer Service for HSBC, at the following address:

  HSBC
  415 Madison Avenue
  New York, NY 10017

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Grullon, who said she was authorize to accept Service on behalf of HSBC., regarding Kronoz Internacional, Inc.. Ms. Grullon, is a female of Spanish decent, she has brown eyes with glasses and reddish hair. She is approximately 5 feet 6 inches tall and approximately weighs 200 pounds. Ms. Grullon is approximately 30 years of age.

           _____
           IDRIS MAHMOUD
           LIC# 1151131

Sworn to before me this
14th day of September, 2007

_____
NOTARY PUBLIC

CHRISTOPHER M. SCHIERLOH
Notary Public, State of New York
No. 02SC6152972
Qualified in Nassau County
Commission Expires Sept. 25, 20__