UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
KRONOZ INTERNACIONAL, INC,

            Plaintiff,        Case No. 07 CV 7869 (SHS)

    - against -           **AFFIDAVIT OF SERVICE**

AKITA FIBER GLASS S.A. de C.V.,

            Defendants.
- - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK }
COUNTY OF NEW YORK } ss.:

    IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 3:00 p.m. on September 12, 2007, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Kronoz Internacional, Inc., upon a Ms. Martha Flecher, who is a Paralegal for Zeichner, Ellman & Krause LLP, at the following address:

    Zeicher, Ellman & Krause LLP
    c/o Bank of America & American Express Bank
    New York, NY 10022

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Fletcher, who said she was authorize to accept Service on behalf of Bank of America & American Express Bank., regarding Kronoz Internacional, Inc.. Ms. Fletcher, is a White female, he has brown eyes and black hair. She is approximately 5 feet 6 inches tall and approximately weighs 140 pounds. Ms. Fletcher is approximately 30 years of age.

                                        _____
                                        IDRIS MAHMOUD
                                        LIC# 1151131

Sworn to before me this
14th day of September, 2007

_____
NOTARY PUBLIC

CHRISTOPHER M. SCHIERLOH
Notary Public, State of New York
No. 02SC6152972
Qualified in Nassau County
Commission Expires Sept. 25, 20__