UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
KRONOZ INTERNACIONAL, INC,

            Plaintiff,      Case No. 07 CV 7869 (SHS)

    - against -

                           **AFFIDAVIT OF SERVICE**

AKITA FIBER GLASS S.A. de C.V.,

           Defendants.
- - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK  }
COUNTY OF NEW YORK } ss.:

       IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 11:00 p.m. on September 18, 2007, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Kronoz Internacional, Inc., upon a Ms. Linda A. Platone, who is a Legal Specialist for JP Moran Chase Bank, at the following address:

        JP Morgan Chase Bank
        One Chase Manhattan Plaza-20th FL
        New York, NY 10005

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Platone, who said she was authorize to accept Service on behalf of JP Morgan Chase Bank., regarding Kronoz Internacional, Inc.. Ms. Platone, is a white female, she has brown eyes and blonde hair. She is approximately 5 feet 6 inches tall and approximately weighs 160 pounds. Ms. Platone is approximately 48 years of age.

                                               _____
                                               IDRIS MAHMOUD
                                               LIC# 1151131

Sworn to before me this
18th day of September, 2007

_____
NOTARY PUBLIC

CHRISTOPHER M. SCHIERLOH
Notary Public, State of New York
No. 02SC6152972
Qualified in Nassau County
Commission Expires Sept. 25, 20__