UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
KRONOZ INTERNACIONAL, INC,

                Plaintiff,         Case No. 07 CV 7869 (SHS)

      - against -               **AFFIDAVIT OF SERVICE**

AKITA FIBER GLASS S.A. de C.V.,

                Defendants.
- - - - - - - - - - - - - - - - - x

STATE OF NEW YORK  }
                          } ss.:
COUNTY OF NEW YORK }

      IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 10:55 p.m. on September 18, 2007, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Kronoz Internacional, Inc., upon a Mr. Trevor Cooper, who is a Executive Assistant for Deutsche Bank, at the following address:

        Deutsche Bank
        60 Wall Street
        New York, NY 10006

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Mr. Cooper, who said he was authorize to accept Service on behalf of Deutsche Bank., regarding Kronoz Internacional, Inc.. Mr. Cooper, is a black male, he has brown eyes and brown hair with a beard. He is approximately 5 feet 10 inches tall and approximately weighs 170 pounds. Mr. Cooper is approximately 30 years of age.

                                             _____
                                             IDRIS MAHMOUD
                                             LIC# 1151131

Sworn to before me this
18th day of September, 2007

_____
NOTARY PUBLIC

                                       CHRISTOPHER M. SCHIERLOH
                                       Notary Public, State of New York
                                           No. 02SC6152972
                                        Qualified in Nassau County
                                   Commission Expires Sept. 25, 20__