UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
KRONOZ INTERNACIONAL, INC,

            Plaintiff,      Case No. 07 CV 7869 (SHS)

    - against -

                       **AFFIDAVIT OF SERVICE**

AKITA FIBER GLASS S.A. de C.V.,

           Defendants.
- - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK  }
                           ss.:
COUNTY OF NEW YORK }

        IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 10:35 p.m. on September 18, 2007, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Kronoz Internacional, Inc., upon a Mr. Stephen Marino, who is a Assistant Treasurer for Bank of New York, at the following address:

        Bank of New York
        One Wall Street-11th FL
        New York, NY 10286

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Mr. Marino, who said he was authorize to accept Service on behalf of Bank of New York., regarding Kronoz Internacional, Inc.. Mr. Marino, is a White male, he has brown eyes and brown hair. He is approximately 5 feet 7 inches tall and approximately weighs 180 pounds. Mr. Marino is approximately 48 years of age.

                                             _____
                                             IDRIS MAHMOUD
                                             LIC# 1151131

Sworn to before me this
18th day of September, 2007
_____
    NOTARY PUBLIC                    CHRISTOPHER M. SCHIERLOH
                                      Notary Public, State of New York
                                          No. 02SC6152972
                                         Qualified in Nassau County
                                    Commission Expires Sept. 25, 20 10