UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
KRONOZ INTERNACIONAL, INC,

                Plaintiff,        Case No. 07 CV 7869 (SHS)

       - against -

                                  **AFFIDAVIT OF SERVICE**

AKITA FIBER GLASS S.A. de C.V.,

                Defendants.
- - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK  }
                      } ss.:
COUNTY OF NEW YORK }

       IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 10:05 p.m. on September 18, 2007, he served the within EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT for Kronoz Internacional, Inc., upon a Ms. Johanna Terrero, who is a Senior Legal Assistant for Standard Chartered Bank, at the following address:

        Standard Chartered Bank
        One Madison Avenue
        New York, NY 10010

The service copy of the EX PARTE ORDER AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Terrero, who said she was authorize to accept Service on behalf of Standard Chartered bank., regarding Kronoz Internacional, Inc.. Ms. Terrero, is a black female, she has brown eyes and brown hair. She is approximately 5 feet 7 inches tall and approximately weighs 150 pounds. Ms. Terrero is approximately 45 years of age.

                                                        _____
                                                        IDRIS MAHMOUD
                                                        LIC# 1151131

Sworn to before me this
18th day of September, 2007

_____
NOTARY PUBLIC

                              CHRISTOPHER M. SCHIERLOH
                              Notary Public, State of New York
                              No. 02SC6152972
                              Qualified in Nassau County
                              Commission Expires Sept. 25, 20 _