Christopher M. Schierloh, Esq. (CS-6644)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
KRONOZ INTERNACIONAL, INC.,
        Plaintiff,

    - against -

AKITA FIBER GLASS, S.A. de C.V.,

        Defendant.
----------------------------------------X

2007 Civ. 07869 (SHS)

**NOTICE AND ORDER OF VOLUNTARY DISCONTINUANCE**

      **IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed without prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
       November 8, 2007

              CASEY & BARNETT, LLC
              Attorneys for Plaintiff

              By: _____
              Christopher M. Schierloh (CS-6644)
              317 Madison Avenue, 21st Floor
              New York, New York 10017
              (212) 286-0225

SO ORDERED: 11/8/07
_____
U.S.D.J.